THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Shameen Coker,       
Appellant.
 
 
 

Appeal From Beaufort County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2004-UP-528
Submitted October 1, 2004  Filed October 
 20, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Randolph  Murdaugh, III, for Respondent.
 
 
 

PER CURIAM:  Shameen Coker appeals his convictions 
 for murder, kidnapping, and armed robbery.  The trial judge sentenced Coker 
 to thirty years imprisonment for murder and a consecutive sentence of fifteen 
 years imprisonment for armed robbery.
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Coker attached to the final brief a petition to be relieved 
 as counsel, stating she had reviewed the record and concluded Cokers appeal 
 is without legal merit sufficient to warrant a new trial.  Coker filed a separate 
 pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
STILWELL, BEATTY, and SHORT, JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.